IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALARM DETECTION SYSTEMS, INC., an Illinois corporation; ILLINOIS ALARM SERVICE, INC., an Illinois corporation; D.M.C. SECURITY SERVICES, INC., an Illinois corporation; NITECH FIRE & SECURITY INDUSTRIES, INC., an Illinois corporation; SMG SECURITY SYSTEMS, INC., an Illinois corporation; and ACADIAN MONITORING SERVICES, LLC, a Louisiana limited liability corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE VILLAGE OF SCHAUMBURG, a municipal corporation; TYCO INTEGRATED SECURITY, LLC, a Delaware limited liability company; and NORTHWEST CENTRAL DISPATCH SYSTEM, an intergovernmental cooperation association,<br><br>    Defendants. | Case No.: 17 cv 2153<br><br>District Judge: Rebecca R. Pallmeyer<br><br>Magistrate Judge: Jeffrey T. Gilbert |

## NOTICE OF APPEAL

Notice is hereby given that ALARM DETECTION SYSTEMS, INC., ILLINOIS ALARM SERVICE, INC., D.M.C. SECURITY SERVICES, INC., NITECH FIRE & SECURITY INDUSTRIES, INC., SMG SECURITY SYSTEMS, INC., and ACADIAN MONITORING SERVICES, LLC, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying Plaintiffs' motion for a preliminary injunction entered on August 31, 2017 (Dkt. 65) and the final judgment entered by the District Court on September 28, 2018 denying Plaintiffs' motion for reconsideration and granting Defendants' motions to dismiss (Dkt. 97 and 98), including any and all interlocutory rulings.

| | |
|---|---|
| Dated: October 25, 2018 | Respectfully submitted:<br><br>By: /s/ *Bruce L. Goldsmith*<br><br>Bruce L. Goldsmith (Lead Counsel of Record)<br>bgoldsmith@dykema.com<br>Jill M. Wheaton<br>jillwheaton@dykema.com<br>Jonathan S. Feld<br>jfeld@dykema.com<br>Melanie J. Chico<br>mchico@dykema.com<br>DYKEMA GOSSETT PLLC<br>2300 Cabot Drive, Suite 505<br>Lisle, Illinois 60532<br>Ph: (630) 577-2811<br>Fax : (855) 261-8765<br><br>*Attorneys for All Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Bruce L. Goldsmith, hereby certify that on October 25, 2018, a true and correct copy of the foregoing *Notice of Appeal* was served upon all counsel of record via the Northern District of Illinois' CM/ECF filing system.

/s/ Bruce L. Goldsmith

4825-9494-8177.1