# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Alarm Detection Systems, Inc., et al.,

Plaintiffs,

v.

Village of Schaumburg,

Defendant,

Case No. 17 C 2153

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Village of Schaumburg
and against plaintiffs Alarm Detection Systems, Inc., et al.

Defendant shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 8/14/2024.

Date: 8/14/2024                    Thomas G. Bruton, Clerk of Court

                                   Amanda Scherer, Deputy Clerk